Case 2:23-cv-01158-JLS-JDE   Document 28   Filed 08/07/23   Page 1 of 2   Page ID #:245

JS-6

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL CHEUNG, | CASE NO. 2:23-cv-01158-JLS-JDE |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| SEAN M. FULL, | |
| Defendant. | |

**JUDGMENT**

The Court having granted Plaintiff Daniel Cheung's Renewed Motion for Default Judgment against Defendant Sean M. Full, and based thereon, HEREBY ADJUDGES AND DECREES AS FOLLOWS:

The Court awards Plaintiff Daniel Cheung damages against Defendant Sean M. Full in the principal amount of $912,134.11, plus $30,087.96 in pre-judgment interest, for a total of $942,222.07, and post-judgment interest to accrue at the federal statutory rate.

**IT IS SO ORDERED.**

DATED: August 7, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE